# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF NEW JERSEY ex rel. JOHN DOE,<br><br>            Plaintiff and Relator,<br><br>   v.<br><br>CARE ONE, LLC, CARE ONE MANAGEMENT, LLC, HEALTHBRIDGE MANAGEMENT, LLC, and DANIEL E. STRAUS,<br><br>            Defendants. | NO. 17-cv-03451-SDW-LDW<br><br>Hon. Susan D. Wigenton<br>Hon. Leda Dunn Wettre<br><br>**RELATOR'S COUNSEL'S NOTICE OF WITHDRAWAL AS ATTORNEYS OF RECORD** |

## RELATOR'S COUNSEL'S NOTICE OF WITHDRAWAL AS ATTORNEYS OF RECORD

      Pursuant to this Court's April 14, 2021 Order permitting Relator's Counsel to withdraw effective as of the deadline to serve the Complaint (Dkt. No. 11), Sanford Heisler Sharp, LLP and Lieff Cabraser Heimann & Bernstein, LLP file this Notice of Withdrawal as Counsel for Relator.[1]

      Relator is still diligently attempting to secure replacement counsel and therefore requests additional time until July 6, 2021 to serve the Complaint.

Dated: June 4, 2021                       Respectfully submitted,


By:    */s/ Inayat Ali Hemani*


Inayat Ali Hemani
SANFORD HEISLER SHARP, LLP
1350 Avenue of the Americas, 31st Floor
New York, NY 10019
Telephone:    (646) 402-5650

---

[1] The April 14, 2021 Order set a deadline of June 4, 2021 for Relator to serve the complaint.

Facsimile: (646) 402-5651
ihemani@sanfordheisler.com

Rachel Geman
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592
rgeman@lchb.com

*Attorneys for Relator*